**Opinion filed July 18, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00042-CR

_____

## MICHAEL WAYNE JACKSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 29882-A**

## M E M O R A N D U M   O P I N I O N

Appellant, Michael Wayne Jackson, entered an open plea of guilty to unlawful possession of a firearm, a third-degree felony. *See* TEX. PENAL CODE ANN. § 46.04(a), (e) (West Supp. 2023). The trial court found Appellant guilty, and ordered a presentence investigation report (PSI) to be prepared prior to sentencing. At the sentencing hearing, the State relied solely on the PSI as punishment evidence,

then Appellant and his sister testified. Upon the conclusion of the hearing, the trial court assessed Appellant's punishment at imprisonment for six years in the Correctional Institutions Division of the Texas Department of Criminal Justice. The trial court further ordered the sentences to run concurrently with Appellant's convictions under trial court cause no. 23772-B for evading arrest with a vehicle and harassment of a public servant.[1] *See* TEX. CODE CRIM. PROC. ANN. art. 42.08(a) (West Supp. 2023).

Appellant's court-appointed counsel has filed a motion to withdraw in this court. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, a form motion for pro se access to the appellate record, and the mailing address of this court should he desire to file the motion for pro se access. Counsel also advised Appellant of his right to review the record and file a response to counsel's brief, and of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 68. As such, court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that no arguable grounds for appeal exist.[2]

---

[1]We address Appellant's appeal of those convictions under cause no. 11-24-00037-CR.

[2]Appellant has the right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the trial court.


JOHN M. BAILEY

CHIEF JUSTICE


July 18, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.